UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT WADDLE                                                                                    PLAINTIFF

VS.                                    4:18-cv-00131-SWW-JTR

FAULKNER COUNTY, ARKANSAS, and
MONTY MUNYAN, Individually as a
Licensed Practical Nurse providing
medical services at Faulkner County
Detention Center                                                                                  DEFENDANTS

## ORDER

The Court has received and reviewed the Recommended Disposition issued by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After a careful review, Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

(1) Defendants' Motion for Summary Judgment [ECF. No. 10] is GRANTED, and Plaintiff's § 1983 claims against Defendants are DISMISSED WITH PREJUDICE.

(2) Plaintiff's supplemental claims under state law are DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1367(c)(3).

(3) Having dismissed all claims, this action is DISMISSED IN ITS ENTIRETY pursuant to the judgment accompanying this order.

IT IS SO ORDERED THIS 3rd DAY OF OCTOBER, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE