# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROBERT WADDLE                                                  PLAINTIFF

VS.                      4:18-cv-00131-SWW-JTR

FAULKNER COUNTY, ARKANSAS, and
MONTY MUNYAN, Individually as a
Licensed Practical Nurse providing
medical services at Faulkner County
Detention Center                                       DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that (1) Plaintiff's claims brought pursuant to 42 U.S.C. §1983 are DISMISSED WITH PREJUDICE; (2) Plaintiff's supplemental state law claims are DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. §1367(c)(3); and this action is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 3RD DAY OF OCTOBER, 2019.

                                                            /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE